# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK N. JARVIS,** <br> **LASHAWN D. LEWIS,** and <br> **LACREASHA A. KENNEDY-JARVIS,** <br> [*Estate Beneficiaries*] <br> *Plaintiffs,* <br><br> v. <br><br> **DARRYL S. PARKER, Esq.** and <br> [*Removed* Personal Representative] <br> **C. HOPE BROWN, Esq.,** <br> [*Successor Personal Representative*] <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) Judge Colleen Kollar-Kotelly <br> ) <br> ) Case No. 13-cv-350 <br> ) <br> ) **Diversity** <br> ) **Breach of Fiduciary Duty** <br> ) **Civil Conversion** <br> ) **Damages** <br> ) **Jury Demand** <br> ) <br> ) |

## PLAINTIFF BENEFICIARIES' REQUEST FOR ORAL HEARING

Plaintiff Beneficiaries, Derek N. Jarvis, LaShawn D. Lewis and LaCreasha A. Kennedy-Jarvis, by and through undersigned counsel, pursuant to Local Rule 7(f) hereby respectfully request an oral hearing on their Opposition to removed personal representative Defendant Parker's motion to dismiss and their Motion for Partial Summary Judgment with respect to certain damages.

                                                                   Respectfully submitted,
                                                                   ESTATE BENEFICIARIES
                                                                   By their Attorney,

                                                                  **Law Offices of James T. Zeas, Esq**.

                                                                  /s/ James T. Zeas
                                                                   Jaime ("James") T. Zeas
                                                                   DC Bar No. 491583
                                                                   7608 Geranium Street
                                                                   Bethesda, Maryland 20817
                                                                   (815) 529-0098 (tel.)
                                                                   (815) 526-7298 (fax)
                                                                   j-zeas@nlaw.northwestern.edu

## CERTIFICATE OF SERVICE

I, hereby, certify that on this 7th day of May 2013, I served a copy of the foregoing Request for Oral Hearing via the Court's electronic filing system on:

>Aaron L. Handleman, Esq.
>Shannon L. Chaudhry, Esq.
>Eccleston& Wolf, P.C.
>1629 K Street, N.W., Suite 260
>Washington, D.C. 20006
>*Counsel for Removed Personal Representative*
>*Defendant Darrel S. Parker, Esq.*
>
>-   and   -
>
>C. Hope Brown, Esq.
>4545 2nd Street, N.W., Suite 303
>Washington, D.C. 20001
>*Defendant Successor Personal Representative*